UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-254 |
| v. | : | |
| RAHEEM DIXON | : | NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that Alina Habba, United States Attorney for the District of New Jersey, by Jake A. Nasar, (jake.nasar@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

                                ALINA HABBA
                                United States Attorney

                                */s/ Jake A. Nasar*

                                By:  Jake A. Nasar
                                Assistant United States Attorney

Dated: July 24, 2025